# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL ANTHONY DOLLAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-22-758-F |
| ) | |
| RAY MALGET, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On November 15, 2022, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, recommending that this action be dismissed without prejudice for plaintiff's failure to comply with the court's order. Magistrate Judge Erwin advised plaintiff of his right to object to the Report and Recommendation by December 2, 2022, and further advised him that failure to make a timely objection waives the right to appellate review of the factual and legal issues addressed.

Plaintiff has neither filed an objection to the Report and Recommendation nor requested an extension of time to file one. With no objection being filed, the court accepts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (doc. no. 9) is **ACCEPTED**. The above-entitled action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with the court's order. A separate judgment shall issue forthwith.

DATED this 19th day of December, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0758p001.docx